■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS SANTIAGO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Clemente, J.), rendered June 2, 1982, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's request to be relieved as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Bracken, Boyers and Lawrence, JJ., concur.